

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| Wasmecia Wyshinell Jeffery, Appellant<br><br>No. 06-18-00029-CR     v.<br><br>The State of Texas, Appellee | Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 26846). Memorandum Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating. |

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Wasmecia Wyshinell Jeffery, has adequately indicated her inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JUNE 26, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk